IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN M. ROGERS, Administratrix of the Estate of WILLIAM R. ROGERS III, deceased, and in her own right,<br><br>Plaintiff,<br><br>v.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 19-573 |

## ORDER

**AND NOW**, this 10th day of May, 2022, it is hereby **ORDERED** that:

1. The Motion for Summary Judgment of Defendant CBS/Westinghouse Corporation [Doc. 278] is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendant CBS/Westinghouse Corporation. and against Plaintiff.

3. The Motion for Summary Judgment of Defendant Copes Vulcan [Doc. 281] is **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** with respect to Copes Vulcan steam traps and **DENIED** with respect to Copes Vulcan valves.

4. The Motion for Summary Judgment of Defendant Aurora Pump Company [Doc. 282] is **DENIED.**

5. The Motion for Summary Judgment of Defendant General Electric Company [Doc. 287] is **GRANTED**.

6. Judgment is **ENTERED** in favor of Defendant General Electric Company and against Plaintiff.

7. The Motion for Summary Judgment of Defendant Carrier Corporation [Doc. 288] is **GRANTED**.

8. Judgment is **ENTERED** in favor of Defendant Carrier Corporation and against Plaintiff.

9. The Motion for Summary Judgment of Defendant Crane Co. [Doc. 290] is **GRANTED**.

10. Judgment is **ENTERED** in favor of Defendant Crane Co. and against Plaintiff.

11. Counsel for the Plaintiff and the two remaining Defendants, Copes Vulcan and Aurora Pump Company, shall immediately contact the chambers of the Magistrate Judge assigned to this case, Elizabeth T. Hey, to schedule a settlement conference.

        **BY THE COURT:**

        **/s/ Jeffrey L. Schmehl**
        **Jeffrey L. Schmehl, J.**